**Order filed November 20, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00441-CV
_____

### SEBASTIAN OSUEKE AND SALOME OSUEKE, Appellants

### V.

### ESPERANZA OCHOA, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1107456**

---

## O R D E R

Appellant's brief was due November 14, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 5**, **2018** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM